IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| vs. ) | Criminal No: 19-00014-KD-MU |
| JUDY RALEY TOWNLEY, ) | |
| Defendant. ) | |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (doc. 118) and without any objection having been filed by the parties, Defendant's plea of guilty to Counts Sixteen and Twenty of the Indictment is now accepted and Defendant is adjudged guilty of such offenses.

DONE and ORDERED this the 5th day of November 2019.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE